UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

        v.                Case No. 6:06-cr-16-Orl-31JGG
                                      (Forfeiture)

**JOHN RECTOR**

_____

## MONEY JUDGMENT

Upon consideration of the Motion of the United States of America for Issuance of a Money Judgment in the amount of $11,742.93 against John Rector (Doc. 32), it is

**ORDERED, ADJUDGED** and **DECREED** that the Motion is GRANTED. Based on the plea agreement, the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rules of Criminal Procedure 32.2, the United States is entitled to a money judgment in the amount of $11,742.93.

**DONE** and **ORDERED** this 13thday of June 2006, at Orlando, Florida.

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
John Rector

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE